# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Robinson ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            3:12-cv-00313-RJC

NC State Bar,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/30/2012 Order.

Signed: May 31, 2012

Frank G. Johns, Clerk
United States District Court